IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ-GARCIA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI-HERLONG,<br><br>　　　　　　　Respondent. | CASE NO. 2:23-CV-00849-TLN-SCR<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S AMENDED NOTICE |

　　　　Pursuant to Local Rule 141(b), and based on the representations contained in the Respondent's Amended Request to Seal, IT IS HEREBY ORDERED that the Respondent's Exhibit 1 to it's Motion to Dismiss (Renewed) and Further Response, pertaining to Miguel Rodriguez-Garcia, and the Respondent's Request to Seal shall be SEALED until further order of this Court.

　　　　It is further ordered that electronic access to the sealed documents shall be limited to the Respondent and counsel for the Petitioner.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Respondent's Amended Request, sealing the Respondent's Request and Exhibit 1 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Respondent would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Respondent's Request and

Exhibit 1 that would adequately protect the compelling interests identified by the Government.

Dated: October 31, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE